UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | SACR 18-00085-JLS | Date | January 17, 2019 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, U.S. District Judge |
|---|---|
| Interpreter | None |

| Terry Guerrero | Alex Joko | Lisa Feldman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ROGELIO VASQUEZ | X | | X | Katherine Corrigan, CJA | X | X | |

**Proceedings:**   CHANGE OF PLEA

  X   Defendant moves to change plea to Counts 5, 15, 16, and 18 of the Indictment.

  X   Defendant sworn. Defendant state true name as ROGELIO VASQUEZ AGUILERA.

  X   Defendant enters new and different plea of GUILTY to Counts 5, 15 16, and 18 of the Indictment.

  X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

  X   The Court further ORDERS the Plea Agreement incorporated into these proceedings.

  X   The Court refers the defendant to the Probation Office for investigation, and preparation of the pre-sentence report. The matter is continued to **May 10, 2019, at 8:30 a.m.** for sentencing. The defendant is ORDERED to return at that time. Further, sentencing position papers are due no later than two weeks before the date of sentencing, including service on the assigned U.S. Probation Officer.

  X   The Court further ORDERS the Jury Trial date VACATED as to this defendant only.

  X   The Court further ORDERS the defendant released on the same terms and conditions as previously set pending sentencing.

|     |     |
|---|---|
| 00 : 55 |
| Initials of Deputy Clerk  tg |

cc:   USPO-SA; PSA