Rogelio Vasquez
Reg No. 76211-112
C.I. Reeves I/II
PO Box 1560
Pecos, TX 79772



FILED
CLERK, U.S. DISTRICT COURT

APR -6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY          MDu          DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF | CASE No. |
| VS. | 8:18-cr-00085-JLS |
| ROGELIO VASQUEZ DEFENDANT | |

MOTION TO ENTRY OF DEFAULT
JUDGEMENT OF SEVERE PREJUDICE
TO DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE

COMES NOW defendant Rogelio Vasquez, Pro se, in the above cap-tioned matter and hereby moves this Honorable Court to enter a default Judgement based on Plaintiffs failure to file a response as ordered by this Court due of severe prejudice to defendant's compassionate release motion filed before this Honorable Court; or in the alternative, to hear this case on the merits as defendant state a claim for which the relief requested must be granted.

1.    The failure for the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute to the granting of the motion. See., <u>United States v. Warren</u>, 601 F.2d 471, 474 (9th Cir. 1979). Before granting a default Judgement or ruling on the merits of the motion, the court is required to weigh several factors: "(1) The Public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) The risk of prejudice to the defendant; (4) the public policy favoring disposition of cases on

1

their merits; (5) the availability of less drastic sanctions." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986). Moreover, the Government has been given ample time to respond to defendants motion for Compassionate Release.

2.      Moreover, as defendant stated in his Pro-Se motion for Compassionate Release the conditions at Reeves I/II, exposure and infection of Covid-19, and the extreme hardship his family is going through, as of May 10, 2021 the Reeves County Detention Center I/II is closing. Due to Poor medical staffing issues, and unable to provide Level-II care and other reasons prison officials keep confidential, the defendant is in Quarantine to be Transferred yet to another correctional institution. Because defendant is a non-U.S. Citizen, the BOP treats defendant different, clear indication that the BOP has no respect for CDC recommended guidelines and the BOP remains untrustworthy. Defendant is beyond 500 miles of his family, and because he is a green-card holder

the transfer to another correctional institution will place defendant further if not further east. Defendant was convicted of a non-violent offense and is able to provide a viable release plan to be with his family.

3.      At first flush, where harm to defendant is apparently so prejudicial to his compassionate release motion, defendant no longer has access to law library, Lexis Nexis, copies, or land access to file documents, until he clears another quarantine upon arrival to new facility May 10, 2021 and additional 14 to 21 days. No other adequate remedies and available, granting the writ by a default judgement is a proper remedy for defendant.
Defendant prays to the Honorable Court and grants defendant's motion for compassionate release

Dated: Pecos, Texas, March 27, 2021
        Submitted Respectfully

        D. Vasquez
        Rogelio Vasquez
        Reg No. 76211-112
        Pro-Se Prisoner

3

## CERTIFICATE OF SERVICE

I, _Rogelio Vasquez_ , hereby certify that I have served a true and correct copy of;

Case No. 8:18-cr-00085-JLS

Motion to entry of default Judgement of severe prejudice to defendants motion for Compassionate Release

Which is considered filed/served at the time it was deposited in Reeves County Detention Center's internal mail system, since RCDC have no separate system designed for legal mail, in accordance with Rule 4,Federal Rules of Appellate Procedure and in Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to; United States District Court Central District Of California Office Of THE CLERK 255 East Temple St. Room #180 Los Angeles CA 90012

and deposited same in the Detention Center's mail box here at Reeves County Detention Center at Pecos, Texas.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29 day of March , 2021 .

① Jazmine J Vasquez
documents of problem wint the police, drug and
Alcohol abuse due to my absent. She Has lost
custody of Her son. Pictures of Her vandalizing
own Home, also destroying Her own can almost
causing Her Life. Pictures of Her and Her son.

② Ilyh. Vasquez

Positive for Corona Virus, Has gain 20 pounds during
my absent, Cut Her wrist in a moment of rage

③ Veronica Vasquez, she Got infected wint corona virus
also pictures of extreme termites in the House

④ Caroline Vasquez
She atemp suicide, due to my absent, please read the
Report. We are Having an Extreme Hardship. She Has
Gain 20 pounds during my absent.

⑤ Rogen Jr Vasquez
He Got a major accident due to Anxiety and depression
I Have included pics of the accident and Medical Report.

⑥ Rodolio Vasquez
I Have included Medical Record from 2005, way before of
Any corona cases Report Where I explain that I Have a low
Immune system.

Exhibit




# Downey Police Department
## Detention Certificate
### DR#: 20 - 46739

**Penal Code Section 849 provides:**

(a) When an arrest is made without a warrant by a peace officer or private person, the person arrested, if not otherwise released, shall, without unnecessary delay, be taken before the nearest or most accessible magistrate in the county in which the offense is triable, and a complaint stating the charge against the arrested person shall be laid before the magistrate.

(b) A peace officer may release from custody, instead of taking the person before a magistrate, a person arrested without a warrant in the following circumstances:

   (1) The officer is satisfied that there are insufficient grounds for making a criminal complaint against the person arrested.

   (2) The person arrested was arrested for intoxication only, and no further proceedings are desirable.

   (3) The person was arrested only for being under the influence of a controlled substance or drug and the person is delivered to a facility or hospital for treatment and no further proceedings are desirable.

   (4) The person was arrested for driving under the influence of alcohol or drugs and the person is delivered to a hospital for medical treatment that prohibits immediate delivery before a magistrate.

   (5) The person was arrested and subsequently delivered to a hospital or other urgent care facility, including, but not limited to, a facility for the treatment of co-occurring substance use disorders, for mental health evaluation and treatment, and no further proceedings are desirable.

(c) The record of arrest of a person released pursuant to paragraph (1), (3), or (5) of subdivision (b) shall include a record of release. Thereafter, the arrest shall not be deemed an arrest, but a detention only.

**Penal Code Section 849.5 provides:**

   In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, any record of arrest of the person shall include a record of release. Thereafter, the arrest shall not be deemed an arrest, but a detention only.

**Penal Code Section 851.6 provides, in part:**

(a) In any case in which a person is arrested and released pursuant to paragraph (1), (3), or (5) of subdivision (b) of Section 849, the person shall be issued a certificate, signed by the releasing officer or his superior officer, describing the action as a detention.

(b) In any case in which a person is arrested and released and an accusatory pleading is not filed charging him or her with an offense, the person shall be issued a certificate by the law enforcement agency which arrested him or her describing the action as a detention.

---

As required by Penal Code Section 851.6, I hereby certify that the taking into custody of

VASQUEZ, JASMINE JULLIETT   on   12/02/2020
_____          _____
Subject's Name                                          Date/Time

by the Downey Police Department was a detention only, not an arrest.

***The following information should only be filled out if the certificate is presented to the detainee at the time of their release:***

VASQUEZ, JASMINE JULLIETT          was released on   12/04/2020
_____          _____
Subject's Name                                          Date/Time

by the Downey Police Department.

***The following must be completed in all circumstances:***

_____          B. CHAIDEZ
Signature                                            Printed Name

113361                                          DETECTIVE
_____          _____
Employee Number                                        Title

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT - NARRATIVE**

URN# 020-11973-0453-142

TAG# 77

PAGE 6 OF 6

I OFFERED THE VICTIM AN EMERGENCY PROTECTIVE ORDER (EPO). THE VICTIM STATED THERE IS AN ACTIVE RESTRAINING ORDER FILED AGAINST EACH OTHER DUE TO PREVIOUS DOMESTIC VIOLENCE INCIDENTS IN THE PAST (SEE ATTACHED).

I UPLOADED ALL PHOTOGRAPH'S TO NORWALK SHERIFF'S STATION SHARED FILES.

I PROVIDED THE VICTIM A F.A.I.R. AND V.I.N.E. PAMPHLET, AND A REPORT MEMO WAS ISSUED.

IT SHOULD BE NOTED THAT THE SUSPECT AND THE VICTIM DO NOT LIVE WITH EACH OTHER.

76C300F - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT - NARRATIVE**

URN# 1020-11973-0453-146

TAG# 77

PAGE 5 OF 6

THE VICTIM STATED SHE AND THE SUSPECT HAD BEEN IN AN ON-AGAIN, OFF-AGAIN DATING RELATIONSHIP FOR APPROXIMATELY THREE YEARS. THEY HAVE A TWO-YEAR OLD SON IN COMMON (ISAIAH ALEXANDER RENTERIA, MH/11-29-18) WHO WAS NOT PRESENT AT THE TIME OF THE INCIDENT.

THE VICTIM STATED THERE HAD BEEN APPROXIMATELY TEN PRIOR INCIDENTS OF DOMESTIC VIOLENCE IN THE PAST. SHE STATED THE LAST INCIDENT OCCURRED ON MAY 2020, AND SHE REPORTED THE INCIDENT TO DOWNEY POLICE DEPARTMENT.

THE VICTIM STATED THERE WAS NO ALCOHOL OR DRUGS INVOLVED DURING THE TIME OF THE INCIDENT, AND SHE WAS UNAWARE IF THE SUSPECT OWNS ANY FIREARMS.

THE VICTIM STATED SHE DID NOT REPORT THE INCIDENT AT THE TIME BECAUSE THE SUSPECT BEGGED HER NOT TO FILE A REPORT TO AUTHORITIES.

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT - NARRATIVE**

| URN# | TAG# | PAGE |
|---|---|---|
| 020-11993-0453-146 | 77. | 4 OF 6 |

THE VICTIM STATED SHE ATTEMPTED TO WALK AWAY FROM THE SUSPECT AFTER HE PUNCHED HER IN THE FACE. SHE STATED THE SUSPECT THEN GRABBED HER BY THE ARMS, BUT SHE MANAGED TO ESCAPE HIS FIRM GRIP. THE VICTIM STATED SHE WAS THEN ABLE TO RUN TO THE SUITE RESTROOM AND LOCKED HERSELF IN THERE UNTIL THE SUSPECT CALMED DOWN. SHE FURTHER STATED THE SUSPECT APOLOGIZED FOR HIS ACTIONS, AND SHE STAYED THE REMAINDER OF THE NIGHT WITH THE SUSPECT WITHOUT FURTHER INCIDENT.

THE VICTIM STATED WHILE SHE WAS IN THE RESTROOM, SHE MANAGED TO TAKE PHOTOGRAPHS OF HER INJURIES.

THE VICTIM SHOWED ME PHOTOGRAPHS ON HER CELL PHONE WHICH DEPICTED THE VICTIM HAVING REDNESS TO THE LEFT SIDE OF HER FACE NEAR THE TOP LEFT CORNER OF HER EYEBROW AND HER CHEEK. THE VICTIM APPEARED TO HAVE A BRUISE TO HER LEFT BICEP APPROXIMATELY TWO TO THREE INCHES IN LENGTH AND ANOTHER BRUISE, APPROXIMATELY ONE INCH IN THE INNER PORTION OF HER LEFT ELBOW.

I DID NOT SEE ANY VISIBLE INJURIES ON THE VICTIM AT THE TIME OF THE REPORT.

76C300E - SH-R-49 (Rev 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT - NARRATIVE**

URN# 020-11973-0453-146

TAG# 77.

PAGE 3 OF 6

I RESPONDED TO NORWALK SHERIFF'S STATION LOBBY REGARDING A SPOUSAL ASSAULT REPORT CALL (TAG #77). UPON MY ARRIVAL, I CONTACTED JASMINE VASQUEZ (VICTIM) WHO STATED THE FOLLOWING:

THE VICTIM STATED ON 09-04-20 AT APPROXIMATELY 1800 HOURS, SHE AND BRIAN RENTERIA (SUSPECT) WERE STAYING AT THE "NORWALK INN AND SUITES" (11632 IMPERIAL HWY, NORWALK). THE VICTIM STATED THEY WERE SITTING DOWN ON THE BED HAVING A CASUAL CONVERSATION WHEN HER CELL PHONE BEGAN TO RING. THE VICTIM STATED THE SUSPECT GRABBED HER CELL PHONE AND BEGAN TO QUESTION HER ABOUT THE PHONE CALL. THE VICTIM STATED SHE ATTEMPTED TO TAKE BACK HER CELL PHONE FROM THE SUSPECT BUT THE SUSPECT SMASHED HER CELL PHONE BEFORE SHE COULD GRAB IT BACK FROM HIM. THE VICTIM STATED THEY BEGAN TO ARGUE ABOUT INFIDELITY ISSUES, THE SUSPECT GOT UPSET AND STRUCK THE VICTIM IN THE LEFT EYE WITH AN UNKNOWN FIST.

76C300F - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT**

*A TRADITION OF SERVICE*

URN# 080-11973-0453-146
TAG# 77
DATE 09-21-20   PAGE 2 OF 6

| VEHICLE | LICENSE (STATE & NUMBER) | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # | | | | | | |
| VEHICLE FOR SUSPECT # | REGISTERED OWNER | IDENTIFYING FEATURES | | | | |
| STATUS ☐ STOLEN ☐ DAMAGED ☐ EMBEZZLED   ☐ STORED ☐ IMPOUNDED ☐ OUTSTANDING | CHP 180 SUBMITTED? ☐ YES ☐ NO | GARAGE NAME & PHONE | | | | |
| DESCRIPTION OF DAMAGE | | | | | | |

| VEHICLE | LICENSE (STATE & NUMBER) | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # | | | | | | |
| VEHICLE FOR SUSPECT # | REGISTERED OWNER | IDENTIFYING FEATURES | | | | |
| STATUS ☐ STOLEN ☐ DAMAGED ☐ EMBEZZLED   ☐ STORED ☐ IMPOUNDED ☐ OUTSTANDING | CHP 180 SUBMITTED? ☐ YES ☐ NO | GARAGE NAME & PHONE | | | | |
| DESCRIPTION OF DAMAGE | | | | | | |

### SCREENING FACTORS

☐ 1. SUSPECT IN CUSTODY
☑ 2. SUSPECT NAMED / KNOWN
☐ 3. UNIQUE SUSPECT IDENTIFIERS
☐ 4. VEHICLE IN CUSTODY
☐ 5. UNIQUE VEHICLE IDENTIFIERS
☐ 6. WRITER/REVIEWER DISCRETION

### PROPERTY CODE:

S – STOLEN • R – RECOVERED • L – LOST • F – FOUND • E – EMBEZZLED • D – DAMAGED • K – SAFEKEEPING
(Use all applicable Codes; for example, if property is both Stolen and Recovered, Code is S/R)

RELEASED TO

| CODE | ITEM # | QUAN. | DESCRIPTION (Include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | SERIAL # | VALUE |
|---|---|---|---|---|---|
| | | | SEE NEXT PAGE. | | |
| | | | SEE NARRATIVE | | |

76C300F - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

*A TRADITION OF SERVICE* **INCIDENT REPORT**

DATE 09-21-20   PAGE 1 OF 6

| ACTION: ☒ACTIVE ☐NON-CRIMINAL | # OF ADULT ARRESTS | # OF SUBJECT DETENTIONS | URN# | | | | TAG# |
|---|---|---|---|---|---|---|---|
| ☐ INACTIVE ☐ PENDING | 8 | 9 | 0 RETENTION | 20 YEAR | 11973 SEQUENTIAL | 0463 REPORTING DISTRICT  146 STAT CODE | 77 |

CLASSIFICATION 1 / LEVEL / STAT CODE

*SPOUSAL ASSAULT - 273.5 (a) P.C / F / 146.*

WARCIS - em 9/23

CLASSIFICATION 2 / LEVEL / STAT CODE

SSECDA - em

CLASSIFICATION 3 / LEVEL / STAT CODE

CLASSIFICATION 4 / LEVEL / STAT CODE

| ADDITIONAL STAT CODES | ☐ ASAP / 83 _____ | ☐ GANG RELATED / 860 | ☐ CYBER - RELATED CRIME / 552 | ☐ OTHER ___ |
|---|---|---|---|---|
| | ☐ FIREARM RELATED / 830 | ☐ CYBER CRIME / 551 | ☐ CYBER - RELATED INCIDENT (NON - CRIMINAL) / 559 * | |

| DATE / TIME / DAY OF OCCURRENCE | ☐ PRINTS REQUESTED | REQUESTED BY: | TIME |
|---|---|---|---|
| 09-04-20 / 1500 HRS / FRIDAY. | ☐ PRINTS COMPLETED | | |
| LOCATION OF OCCURRENCE | BUSINESS NAME | | |
| 11632 IMPERIAL HWY., NORWALK, CA. 90650. | "NORWALK INN + SUITES" | | |

CODE · V-VICTIM · W-WITNESS · I-INFORMANT · R-REPORTING PARTY · P-PARTY

| CODE | # of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|
| V | 1 1 | VASQUEZ | JASMINE | JULLIETTE | F | H | 01-11-97 | 23 | Y2749172. |
| RESIDENCE ADDRESS | | | CITY | | | STATE | ZIP | | RESIDENCE PHONE (Area Code) |
| 237 S. FELDNER RD. | | | ORANGE | | | CA. | 92868 | | NONE GIVEN |
| BUSINESS / SCHOOL (GRADE) ADDRESS | | | CITY | | | STATE | ZIP | | BUSINESS PHONE (Area Code) |
| UNEMPLOYED. | | | | | | | | | NONE GIVEN |
| ETHNIC ORIGIN | EMAIL ADDRESS | | NONE GIVEN | | | SOCIAL NETWORKING ACCOUNT NONE GIVEN | | | CELL PHONE (Area Code) (562) 246-9576 |
| VICTIM OF OFFENSE(S) (CLASSIFICATION) #: | | VICTIM DESIROUS OF PROSECUTION? ☒ YES ☐ NO | | | VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY? ☐ YES ☐ NO | | | ENGLISH SPEAKING? ☒YES ☐ NO | LANGUAGE ___ |

| CODE | # of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| RESIDENCE ADDRESS | | | CITY | | | STATE | ZIP | | RESIDENCE PHONE (Area Code) |
| BUSINESS / SCHOOL (GRADE) ADDRESS | | | CITY | | | STATE | ZIP | | BUSINESS PHONE (Area Code) |
| ETHNIC ORIGIN | EMAIL ADDRESS | | | | | SOCIAL NETWORKING ACCOUNT | | | CELL PHONE (Area Code) |
| VICTIM OF OFFENSE(S) (CLASSIFICATION) #: | | VICTIM DESIROUS OF PROSECUTION? ☐ YES ☐ NO | | | VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY? ☐ YES ☐ NO | | | ENGLISH SPEAKING? ☐ YES ☐ NO | LANGUAGE |

CODE · S-SUSPECT · SJ-SUBJECT · M-PATIENT · S/V-SUSPECT / VICTIM · SJ/V-SUBJECT / VICTIM

| CODE | # of | LAST NAME | FIRST NAME | MIDDLE NAME | | | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|
| S | 1 1 | RENTERIA | BRIAN | N.M.I. | | | 06-26-93 | | F2921524 |
| SEX M | RACE H | ETHNIC ORIGIN | HAIR BLK | EYES BRO | HEIGHT 510 | | WEIGHT 250 LBS. | | RESIDENCE PHONE (Area Code) (562) 299-3418 |
| RESIDENCE ADDRESS 10912 DALWOOD AVE. | | | CITY DOWNEY | | | STATE CA. | ZIP 90241 | | RESIDENCE PHONE (Area Code) NONE GIVEN |
| BUSINESS / SCHOOL (GRADE) ADDRESS NONE GIVEN | | | CITY | | | STATE | ZIP | | BUSINESS PHONE (Area Code) NONE GIVEN |
| AKA N/A. | | EMAIL ADDRESS NONE GIVEN | | | SOCIAL NETWORKING ACCOUNT NONE GIVEN | | | ENGLISH SPEAKING? ☒YES ☐ NO | LANGUAGE |
| MONIKER N/A. | | CHARGE ??? | | | BOOKING NUMBER | | | WHERE DETAINED OR CITE NUMBER N.J.C. | |

| CODE | # of | LAST NAME | FIRST NAME | MIDDLE NAME | | | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| SEX | RACE | ETHNIC ORIGIN | HAIR | EYES | HEIGHT | | WEIGHT | | CELL PHONE (Area Code) |
| RESIDENCE ADDRESS | | | CITY | | | STATE | ZIP | | RESIDENCE PHONE (Area Code) |
| BUSINESS / SCHOOL (GRADE) ADDRESS | | | CITY | | | STATE | ZIP | | BUSINESS PHONE (Area Code) |
| AKA | | EMAIL ADDRESS | | | SOCIAL NETWORKING ACCOUNT | | | ENGLISH SPEAKING? ☐ YES ☐ NO | LANGUAGE |
| MONIKER | | CHARGE | | | BOOKING NUMBER | | | WHERE DETAINED OR CITE NUMBER | |

| BY DEPUTY | EMPLOYEE # | SWORN EXP IN YRS | DEPUTY | EMPLOYEE # | SWORN EXP IN YRS | VACATION DATES |
|---|---|---|---|---|---|---|
| GUTIERREZ, C. | 640966 | 2 | | | | |
| STATION NWK | UNIT / CAR # JAILER | SHIFT A.M. | APPROVED SGT. SREDWR #471337, 09/21/20, 1727 Hrs | | | DATE / TIME |
| PCD SUBMITTED? ☐ YES ☒ NO | VACATION DATES NONE. | | ASSIGNMENT DB | | | |
| HQ NOTIFICATION REQUESTED? ☐ YES ☒ NO | DEPUTY | DATE / TIME | SPECIAL REQUEST DISTRIBUTION | | | |
| SUSPECT / SUBJECT FIELD RELEASE APPROVED BY: | | DATE / TIME | CRIME BROADCAST BY: | | DATE / TIME | SECRETARY |

76C300F - SH-R-49 (Rev. 4/2014)

## DEPARTMENT OF JUSTICE

| NOTICE OF STORED VEHICLE | NOTICE: THIS FORM IS FURNISHED ALL PEACE OFFICERS WITH THE REQUEST THAT IT BE USED IN REPORTING VEHICLES REQUIRED BY SECTION 22852, C.V.C. IMPORTANT, IF VEHICLE WAS REPORTED STOLEN, SEND A COPY OF THIS NOTICE TO THE DEPARTMENT REPORTING STOLEN VEHICLE |
|---|---|

**A**        **ATTENTION VEHICLE OWNERS**

Section 22852 of the California Vehicle Code requires that the registered and legal owners of a vehicle stored under Chapter 10 be notified of the location of the vehicle. Records of the Department of Motor Vehicles indicate that you are the registered and /or legal owner of the vehicle described below. Information regarding condition of the vehicle or release procedures may be obtained by contacting the garage where the vehicle is stored.

| REGISTERED OWNER | LEGAL OWNER |
|---|---|
| VASQUEZ, JASMINE<br>237 S FELDNER RD<br>ORANGE, CA 92868 | |

| | |
|---|---|
| YEAR AND MAKE<br>2004 TOYOTA COROLLA | BODY STYLE<br>FOUR DOOR SEDAN |
| LICENSE, STATE & YEAR<br>7YIL271, CA, 2021 | ENGINE NO. |
| V.I.N.<br>4T1BE30K34U932393 | VEHICLE REMOVED FROM<br>CHP - ORANGE CO. |
| DATE REMOVED<br>01/22/2021 | REMOVAL AUTHORIZED BY I.D NO.<br>UNKNOWN |
| DEPT.<br>ORANGE PD | DEPT. CASE NO.<br>F210094 |
| REASON FOR STORAGE<br>RECOVERED STOLEN VEHICLE | CONDITION OF VEHICLE<br>NOT DAMAGED,STRIPPED OR BURNED |
| NOTIFYING AGENCY<br>Orange Police Department 21-01-0761 | BY<br>DS 1319 |

**B**        **CERTIFICATION**

*I hereby certify that notices with postage prepaid were deposited in the U.S. mail, and that these notices, of which this is a copy, were addressed to the persons named herein.*

| DATE DEPOSITED<br>01/23/2021 | LOCATION<br>Orange, CA | BY (NAME & TITLE)<br>DS 1319, RECORDS CLERK |
|---|---|---|

**C**        **COMPLETE THIS SECTION IF VEHICLE WAS REPORTED STOLEN**

| ☐ Check this box to indicate that a carbon copy of this notice was sent to reporting department. | DEPT REPORTING STOLEN VEHICLE<br>ORANGE POLICE DEPARTMENT |
|---|---|

**D**        **NOTICE TO DEPARTMENT OF JUSTICE**

☐ We have been unable to give notice to the owner of record as required by Section 22852 of C.V.C., and the vehicle, after 120 hours of storage has not been returned.

**NOTE:** Send to P.O.Box 13417, Sacramento, California 95813. (Sec 22853 C.V.C.)

| VEHICLE STORED AT | REPORTING DEPT |
|---|---|
| MR C'S TOWING<br>562-594-9521 | ORANGE POLICE DEPARTMENT<br>1107 NORTH BATAVIA ST.,<br>ORANGE, CA-92867<br>(714) 744-7390 |



## CITY OF ORANGE
## POLICE DEPARTMENT

1107 N. BATAVIA STREET   ORANGE, CALIFORNIA 92867
Business Number (714) 744-7380     FAX (714) 744-7320

Date: 01-23-2021          Report Number: 21-01-0761

Mr./Mrs. Veronica Vasquez,

The vehicle described on the attached report has been: ☑Recovered, ☐Stored,

☐Impounded by: CHP-ORANGE CO. 949-784-6660

The vehicle is: ☐Available for release; ☐Being held for further investigation.

☐   You may schedule a post-storage hearing with the Orange Police Department, Traffic Bureau
in person, writing or by telephone at (714) 744-7451 within ten (10) days of storage in order
to determine the validity of the storage.

To obtain the release of this vehicle, you must present Proper Personal Identification and Proof of
Ownership OR Official Authorization from the present owner for release of the vehicle.

☐   Must show proof of a valid California driver's license.  If you are unlicensed and are the
registered owner of the vehicle, you must have a licensed driver with you.

☐   Must show proof of current registration.

Bring the above marked documents to the Orange Police Department and an Authorization for Release of
the vehicle will be released to you.  **Vehicle Releases are available 8:00 a.m. to 6:00 p.m. daily.  There
will be a $190.00 fee for the vehicle release.**

☐   The vehicle is being held for further investigation and cannot be released at this time.  Contact
the Traffic Investigators of the Orange Police Department at (714) 744-7342.  Refer to the
above report number and the investigator will advise you when your vehicle will be available
for release.

☐   Your vehicle has been stored as abandoned, and has been appraised at a value of $1,000.00
or less.  You may do one of the following:

1.   Schedule a post-storage hearing to determine the validity of the storage, which must
be scheduled within ten (10) days of the storage, by contacting the Traffic Bureau in
person, in writing, or by telephone at (714) 744-7451.

2.   Notify the Orange Police Department of your intention to reclaim this vehicle within
15 days upon the receipt of this notice.

3.   Or sign the attached Waiver of Interest and return it within 15 days of receipt to the
Orange Police Department.  Enclose the original Ownership Certificate (if in your
possession).

Your failure to take any of the above steps shall constitute a waiver of interest in the vehicle and it may be
sold to a licensed vehicle dismantler.

Sincerely,
Tom Kisela
Police Chief

OPD Form V-3 (Rev 10/20)


Providence
St.Joseph Health

## RETURN TO WORK AFTER COVID-19 (CORONAVIRUS) TESTING

Patient Name: ___*Ivy Vasquez*___   DOB: ___*5/2/2004*___

Patient was tested for COVID-19 this date ___*12/20/2020*___ using the following testing:

~~NASOPHARYNGEAL PCR~~ *Abbott ID Now*
*COVID-19*
*(Tests for currently active COVID-19 viral infection)*

☐ Results pending 1 - 14 days
☐ Negative   ☒ Positive

---

☐ Patient may NOT return to work until a follow up office visit is completed

☒ Patient may return to work following the CDC guidelines below

---

☒ Symptomatic persons who test **Positive** were directed to care for themselves at home will follow the Symptom-based strategy and may discontinue isolation under the following conditions:
- At least 24 hours have passed *since recovery* defined as resolution of fever without the use of fever-reducing medications; **AND**
- Improvement in respiratory symptoms (e.g., cough, shortness of breath); **AND**
- At least 10 days have passed *since symptoms first appeared*.

☐ Asymptomatic persons who test **Positive** directed to care for themselves at home will follow the Time-based strategy and may discontinue isolation under the following conditions:
- At least 10 days have passed since the date of their first positive COVID-19 diagnostic test **AND**
- Assuming they have not subsequently developed symptoms since their positive test.
For 3 days following discontinuation of isolation, these persons should continue to limit contact (stay 6 feet away from others) and limit potential of dispersal of respiratory secretions by wearing a covering for their nose and mouth whenever they are in settings where other persons are present. In community settings, this covering may be a barrier mask, such as a bandana, scarf, or cloth mask. The covering does not refer to a medical mask or respirator.

☐ Symptomatic persons who test **Negative** will follow the Symptom-based strategy and may discontinue isolation when:
- At least 24 hours have passed *since recovery* defined as resolution of fever without the use of fever-reducing medications; **AND**
- Improvement in respiratory symptoms (e.g., cough, shortness of breath); **AND**
- At least 10 days have passed *since symptoms first appeared*.

☐ Asymptomatic persons who test **Negative** but were tested due to close contact (defined as being within 6 feet of a COVID+ person for 15 minutes and not wearing mask) with a laboratory-confirmed case patient at work, home, or in the community, may discontinue isolation when:
- They have been quarantined for 14 days since the last known close contact with the case patient, **AND**
- They have not developed any symptoms during 14 days quarantine.

PROVIDER SIGNATURE: _____

St. Jude Urgent Care
2251 N. Harbor Blvd.
Fullerton, CA 92835
(714) 449-6230



## St.JosephHealth
### St. Joseph Heritage Healthcare

SINDA ALTHOEN M.D.
Santa Ana
2212 East Fourth Street
Santa Ana, CA 92705
(714) 288-3230

IVY N. VASQUEZ
237 S FELDNER RD
ORANGE, CA 92868

MRN# 862625
DOB: 05/02/2004

Date of Service: 12/21/2020

To whom it may concern,

I am the physician caring for Ivy Vasquez (5/2/04). I am writing this letter at her mother's request to describe some of the difficulties Ivy has had since her father's incarceration. In the last year she has gained 20 pounds. Her father was the parent who helped with her sports and conditioning. It has been a struggle to maintain her previous activity level in his absence.

Electronically signed by : SINDA ALTHOEN, M.D.; Dec 21 2020  2:50PM PST (Author)

IVY N. VASQUEZ                                                                    Page 1 of 1

# Urgent Care - Harbor

St. Jude Heritage Healthcare, 2251 N. Harbor Blvd.
Fullerton,CA 92835
(714) 449-6230

Patient: VASQUEZ, VERONICA

237 S FELDNER RD
ORANGE, CA 92868

Age/Sex/DOB: 50 yrs  F  30-Dec-1970
EMRN: 1045018
OMRN: 1045018
Home: (951) 255-8963
Work: (714) 442-3654

---

## Results

Lab Accession #        0001
Ordering Provider:    FARAHANCHI, ARASH

Performing Location:  In Office

Collected:   12/20/2020  7:29:00PM
Resulted:    12/20/2020  7:29:00PM
Verified By:  <Verification Not Required>
Auto Verify:  N

**In Office Abbott ID NOW COVID-19**

Stage:      **Final**

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| In Office Abbott ID NOW COVID-19 | Positive | | A | |


Providence
St.Joseph Health

## RETURN TO WORK AFTER COVID-19 (CORONAVIRUS) TESTING

Patient Name: _Vasquez, Veronica_   DOB: _12/30/70_

Patient was tested for COVID-19 this date _12/20/20_ using the following testing:

### NASOPHARYNGEAL PCR or NASAL RAPID
*(Tests for currently active COVID-19 viral infection)*

☐ Results pending 1 – 14 days
☐ Negative   ☒ Positive

---

☐ Patient may NOT return to work until a follow up office visit is completed

☒ Patient may return to work following the CDC guidelines below

---

☒ Symptomatic persons who test **Positive** were directed to care for themselves at home will follow the Symptom-based strategy and may discontinue isolation under the following conditions:
- At least 24 hours have passed *since recovery defined as resolution of fever without the use of fever-reducing medications;* **AND**
- Improvement in respiratory symptoms (e.g., cough, shortness of breath); **AND**
- At least 10 days have passed *since symptoms first appeared.*

☐ Asymptomatic persons who test **Positive** directed to care for themselves at home will follow the Time-based strategy and may discontinue isolation under the following conditions:
- At least 10 days have passed *since the date of their first positive COVID-19 diagnostic test* **AND**
- Assuming they have not subsequently developed symptoms since their positive test.
For 3 days following discontinuation of isolation, these persons should continue to limit contact (stay 6 feet away from others) and limit potential of dispersal of respiratory secretions by wearing a covering for their nose and mouth whenever they are in settings where other persons are present. In community settings, this covering may be a barrier mask, such as a bandana, scarf, or cloth mask. The covering does not refer to a medical mask or respirator.

☐ Symptomatic persons who test **Negative** will follow the Symptom-based strategy and may discontinue isolation when:
- At least 24 hours have passed *since recovery defined as resolution of fever without the use of fever-reducing medications;* **AND**
- Improvement in respiratory symptoms (e.g., cough, shortness of breath); **AND**
- At least 10 days have passed *since symptoms first appeared.*

☐ Asymptomatic persons who test **Negative** but were tested due to close contact (defined as being within 6 feet of a COVID+ person for 15 minutes and not wearing mask) with a laboratory-confirmed case patient at work, home, or in the community, may discontinue isolation when:
- They have been quarantined for 14 days since the last known close contact with the case patient, **AND**
- They have not developed any symptoms during 14 days quarantine.

PROVIDER SIGNATURE: _Dana, RN for Dr. Arash Farahanchi_



St.JosephHealth

St. Joseph Heritage Healthcare

SINDA ALTHOEN M.D.
Santa Ana
2212 East Fourth Street
Santa Ana,CA 92705
(714) 288-3230

CAROLINE V. VASQUEZ
237 S FELDNER RD
ORANGE,CA 92868

MRN# 913397
DOB: 06/15/2005

Date of Service: 12/21/2020

To whom it may concern:

I am the physician caring for Caroline Vasquez (6/15/05). I am writing this letter at her mother's request to describe some of the impact of her father's incarceration. Caroline has been struggling with Major Depression since her father's incarceration. His absence has limited their resources so it has been difficult for her to access treatment for her depression. Moreover, Caroline's dad was the primary supporter of his children's very active sports involvement. In the last year she has gained 21 pounds because she has not been as active.

Electronically signed by : SINDA ALTHOEN, M.D.; Dec 21 2020  2:59PM PST (Author)

CAROLINE V. VASQUEZ                                                      Page 1 of 1

Caroline Vasquez Confidential Assessment Report

| | | | | |
|---|---|---|---|---|
| Follows rules | X | | | |
| Comes prepared with materials | X | | | |
| Tardy | | | | X |
| Absent | | | | X |
| Works cooperatively | X | | | |
| Displays interest in achieving | | X | | |
| Fidgets | have not observed** | | | |
| Talks excessively | | | | X |

Summary of Findings: Caroline's score on this reading composite is within the below average range and is within normal limits and indicates a relative weakness. Caroline's score on this reading understanding composite is within the below average range and is within normal limits and indicates a relative weakness. Caroline's score on this reading fluency composite is within the average range and is within normal limits and indicates a relative strength.  Caroline's score on this math composite is within the below average range and is within normal limits and indicates a relative weakness.  Caroline's score on this written language composite is within the average range and is within normal limits and indicates a relative strength.

## DISCUSSION OF RESULTS

Caroline is a 15 year-old female in the 10th grade at Tustin High.     She has been assessed to determine eligibility to receive special education services.

Caroline demonstrated average cognitive abilities.  She reported that Math is her least favorite class.  A review of her educational grades to date notes strength in language based areas; she has several honors classes.  Math grades have been inconsistent and seem to reflect her comments about not liking math.

Parent did not report any significant concerns on her rating scales.  Caroline identified concerns in depression and anxiety.

Caroline's academic performance was commensurate with her cognition.

Educationally related mental health assessment notes that Caroline demonstrates the following areas of need that have impacted her social-emotional and academic functioning:
- Symptoms of unhappiness and depression
- Environmental stressors

Caroline was assessed in all areas of suspected disability.  Overall, when taking into account formal assessments, interviews, rating scales, and observations, the team found concerns in the areas of:
- Depression
- Anxiety
- Environmental Stressors

## ELIGIBILITY

Caroline appears to meet the eligibility criteria for **Other Health Impairment**.  She  has limited strength/vitality/alertness, including a heightened alertness to environmental stimuli, that results in limited alertness with respect to the educational environment due to acute depression and anxiety symptoms which are adversely affecting educational performance.

**Reason for Evaluation**
Caroline was assessed to obtain an estimate of her current social-emotional functioning and to assist in the process of establishing eligibility to receive Educationally Related Mental Health Services (ERMHS). The assessment plan was offered and initiated by her team at Tustin High School during her re-entry meeting on 11/5/2020, following her discharge from hospitalization due to suicidal ideation.

**Interview with Student (1/7/2021)**
ERMHS met with the student at THS for this assessment. She presented as cooperative and able to articulate her thoughts and feelings. She appeared engaged and receptive to working with ERMHS, and motivated to improve her social-emotional functioning. She expressed concern that a special education assessment would impact her ability to remain in her honors classes. ERMHS attempted to contact student via text and her mother to meet on 1/5/2021 and 1/12/2021.

<u>Presenting Concerns:</u>
Caroline reported that she has been feeling sad; she has good days and bad days, but finds herself being irritable with family and friends and they notice when she's upset. She has had days when she wakes up feeling things aren't right, and has tried to cope by running or distracting herself. Sometimes this helps and other times, the bad feelings don't subside. Caroline stated that she is typically happy and interested in school, but has been feeling sad and struggled academically even though she's a good student. She had been uncertain about starting Tustin High School her freshman year because her friends from middle school went to a different school. However, she enjoyed her freshman year because she made friends, joined athletics, and felt that she belonged. She started feeling down and "acting out" after distance learning began due to the pandemic. She at first did not want to admit to herself that she was feeling depressed because she did not want to be seen as having an illness.

The student stated that she understands that her family is under a lot of stress, and sometimes does not like to express her sadness and worry to them. Her older siblings are especially impacted by her dad's absence because he had been more involved with them because of their athletic interests in softball.

<u>Other Relevant Background and Information</u>
Caroline reported that her father has been incarcerated since the summer before she started her freshman year at THS, and will likely be released her senior year. She speaks to him by phone. She recognized that his absence has been difficult for her family, especially her mother because she has to take care of family responsibilities on her own. She would like to engage in positive activities at home, but her mother prefers to wait until her father returns. Caroline sometimes feels that her family does not fully acknowledge her needs and interests. For example, she feels that her parents would prefer that she play softball rather than volleyball. She also has felt that greater concern has been placed on her father's needs and his incarceration than her social-emotional needs.

<u>Strengths/interests:</u>
Caroline stated that she enjoys spending time with her friends and playing volleyball. She is on the volleyball team at THS. She would like to attend a 4-year college after graduating high school, especially UCLA. She is creative and excitedly offered to decorate the ERMHS office. Caroline has a desire for independence, and carving her own path even if it is different from her siblings and what her parents desire for her.

**Parent Interview (1/6/2021)**
ERMHS spoke with the student's mother, Mrs. Veronica Vasquez, via telephone for the parent interview.

<u>Present Functioning and Concerns:</u>
Mrs. Vasquez reported that she would like to see Caroline happy again. She noted that her daughter has "good days and bad days" where she becomes sad and cries. Part of it is because she is overwhelmed and misses her dad a lot. She described Caroline as the "toughest one of all the siblings" but the situation with her dad being

16

Caroline Vasquez

**Constipation:** Caroline suffers from constipation since she was little and physician is aware of this.

**Emotional health:** Caroline gets sad and cries. She shared with mom that she misses her dad who is currently in prison. Mom wants Caroline to be able to cope with her sadness, be happy, and able to talk to her about her feelings. Mom wants Caroline to get therapy but is having issues with finding a therapist that is covered by her insurance. Advised mom to discuss with physician of her difficulty in finding a therapist and for physician to give her recommendations of therapists that are covered by her insurance. She is hoping to for Caroline to get therapy from school too.

**Headaches:** Caroline suffers from frequent headaches about every week. Mom has been giving her hot tea and it helps but not fully. Advised mom to report to physician of Caroline's frequent headaches.

**Seizure:** Caroline had her first seizure when she was 2-3 years of age and was hospitalized. She had another one after 6 months. The seizures were related to fevers and no report of seizure activity since.

**Allergies:** Amoxicillin

**Medication:** Caroline is not taking any medication at this time.

**Specialized Health Care Procedures (specify at school/home):** N/A

**Observations and Additional Information:** Caroline was cooperative and able to follow instructions without difficulty during the health evaluation.

**Immunizations:** All immunization requirements met for school attendance.

**Insurance:** CalOptima
PCP: Dr. Sinda Artheon at 714-288-3230. Last seen: 11/2020. Frequency of visits: Every year.
Dentist: Dental Orange Art at 714-938-0518. Last seen: N/A. Frequency of visits: Every 6 months.

**Recommendations:**
1. Parent to have Caroline evaluated by the primary physician for noted eye squinting during vision screening, headaches, ongoing chest pain, and referrals to outpatient therapy.
2. Continue to follow up with Caroline's Dentist for routine dental care.
3. Support Caroline in creating and maintaining healthy habits.
4. Parent to notify school of any changes in health status or medication.


School History
2010-11 Kindergarten,
- 4th Quarter marks: Progress towards standards
- Citizenship: Satisfactory
- Absences/tardies: 14/7
- Curriculum Modification: None noted
- Special Programs: None noted

2011-12 First Grade, West Orange Elementary, Orange USD
- 4th Quarter marks: Progress toward all standards
- Citizenship: Outstanding
- Absences/tardies: 1/2
- Curriculum Modification: Reading and math second quarter
- Special Programs: None noted

3

_15_   _17_

**TUSTIN UNIFIED SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)**
**IEP TEAM MEETING NOTES**

**Student Name:** _Vasquez, Caroline_          **Birthdate:** _6/15/2005_          **IEP Date:** _1/21/2021_

**Date:** _1/21/2021_

**Notes:** *Purpose of meeting:*
*The team is meeting today for Caroline Vasquez's initial IEP. 1/21/2021*

~~This meeting is being conducted via teleconference and/or video conference due to the COVID-19 pandemic and current school closures.~~ *The draft IEP is being projected on the video conference for team collaboration and input.*

*Introductions made by team.*

*A copy and explanation of the Parent Rights/Procedural Safeguards were emailed to parent. Parent accepted a copy and declined an explanation.*

*Attendees:*
*Designee/Admin: Erin Swanson*
*Special Education Teacher: Celeste Kelly*
*Student: Caroline Vasquez*
*Parent: Veronica Vasquez*
*Psychologist: Candice Caldwell*
*ERMHS: Suan Stapatyanon*
*Gen Ed Teacher: Mrs. Balderas (Spanish) - stated Caroline was a sweet young lady. She attended virtually the first semester with her camera off and did not participate often. Second semester she has been attending 2x per week and now turns on her camera when asked when she is attending virtually. She does all of her work and currently has an A.*

*Psychologist reviewed report that stated:*
*Mrs. Caldwell shared the content of her report. Mrs. Caldwell shared that Caroline does not show any learning disability but does have emotional issues that does affect her school. Mrs. Caldwell shared that Caroline does qualify for special ed under OHI (other health imparied) due to anxiety and depression.*

*General Education teacher (Mrs. Balderas - Spanish)- states:*
*Mrs. Balderas send input for this meeting: Assignments are turned in and earned an A- at semester. She's now attending in person 2 days a week.*

*Students' present levels were discussed.*

*Caroline shared that she wants to be a therapist or a physical therapist.*

*Parent Concerns Discussed:*
*Mom didn't have any questions or concerns.*

*Caroline and parent have been provided goals and objectives.*
*IEP team shared proposed goals and objectives in all qualifying areas of need. All IEP goals adopted as part of this IEP.*

*IEP team shared that Caroline will be on 'monitored status" and told her that she is able to come to her RSP room if she needs support. Ms. Kelly shared that Caroline can remain on "monitored" status because she has good grades and on the condition that she check in with Mrs. Kelly weekly.*

**TUSTIN UNIFIED SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)**
**Offer of FAPE - SERVICE**

Student Name: _Vasquez, Caroline_          Birthdate: _6/15/2005_          IEP Date: _1/21/2021_

The service options that were considered by the IEP team (List all): Specialized Academic Instruction, ERMHS (School-based counseling)

In selecting LRE, describe the consideration given to any potential harmful effect on the child or on the quality of services that he or she needs: Caroline's education needs cannot be met in general education alone. Based on present levels and the impact of his educational needs, the IEP team concluded that Caroline's Specialized Academic Services are needed in order for Caroline to receive educational benefit.

**SUPPLEMENTARY AIDS & SERVICES AND OTHER SUPPORTS FOR SCHOOL PERSONNEL, OR FOR STUDENT, OR ON BEHALF OF THE STUDENT**

☐ The IEP team discussed and determined program accommodations are not needed in general education classes or other education-related settings.
☑ The IEP team discussed and determined the following program accommodations are needed in general education classes or other education-related settings.

| Access to the RSP room when needed<br>Extra time on assignments (up to 3 days)<br>Extra time on tests (double time) | 1/21/2021 | 1/22/2022 | Special and General Education classroom |
|---|---|---|---|

☑ The IEP team discussed and determined program modifications are not needed in general education classes or other education-related settings.
☐ The IEP team discussed and determined the following program modifications are needed in general education classes or other education-related settings.

☑ The IEP team discussed and determined other supports for school personnel, or for student, or on behalf of the student are not needed.
☐ The IEP team discussed and determined the following other supports for school personnel, or for student, or on behalf of the student are needed.

**SPECIAL EDUCATION and RELATED SERVICES**

| | |
|---|---|
| Service: _Individual counseling_ | Start Date: _1/21/2021_    End Date: _1/21/2022_ |
| Provider: _District of Service_ | ☑ Ind ☐ Grp ☐ Sec Transition |
| Duration/Freq: _30_ min x _14_ Totaling: _420_ min served _Yearly_ | Location: _Service provider location_ |
| Comments: _ERMHS services to be provided in person when student is present at school, or via telehealth during distance learning._ | |
| Service: _College awareness_ | Start Date: _1/21/2021_    End Date: _1/21/2022_ |
| Provider: _District of Service_ | ☐ Ind ☑ Grp ☐ Sec Transition |
| Duration/Freq: _30_ min served _Yearly_ | Location: _Separate classroom in public integrated facility_ |
| Comments: | |
| Service: _Career awareness_ | Start Date: _1/21/2021_    End Date: _1/21/2022_ |
| Provider: _District of Service_ | ☐ Ind ☑ Grp ☐ Sec Transition |
| Duration/Freq: _30_ min served _Yearly_ | Location: _Separate classroom in public integrated facility_ |
| Comments: | |
| Service: _Specialized Academic Instruction_ | Start Date: _1/21/2021_    End Date: _1/21/2022_ |
| Provider: _District of Service_ | ☐ Ind ☑ Grp ☐ Sec Transition |

**TUSTIN UNIFIED SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)**
**ANNUAL GOALS AND OBJECTIVES**

Student Name: _Vasquez, Caroline_          Birthdate: _6/15/2005_          IEP Date: _1/21/2021_

| Area of Need: Coping Skills | Measurable Annual Goal #: _1_ |
|---|---|
| **Baseline:** Caroline reported feelings of sadness that have caused her to feel irritable with friends and family and impacted her motivation and grades in school. She currently uses coping strategies (e.g., distraction) in 1 out of 5 opportunities presented. | **Goal:** By January 21, 2022, during counseling sessions, Caroline will identify and utilize at least 2 coping strategies (e.g., cognitive-behavioral strategies, talking to trusted adult) to help manage her feelings of sadness and irritability, in 4 out of 5 opportunities presented as measured by observation and/or data collection. |
| | ☑ Enables student to be involved/progress in general curriculum/state standard |
| | ☐ Addresses other educational needs resulting from the disability |
| | ☐ Linguistically appropriate |
| | ☑ Transition Goal: ☑ Education/Training ☑ Employment ☑ Independent Living<br>**Person(s) Responsible:** ERMHS |

**Short-Term Objective:** During counseling sessions, Caroline will identify and utilize at least 2 coping strategies (e.g., cognitive-behavioral strategies, talking to trusted adult) to help manage her feelings of sadness and irritability, in 2 out of 5 opportunities presented as measured by observation and/or data collection.

**Short-Term Objective:** During counseling sessions, Caroline will identify and utilize at least 2 coping strategies (e.g., cognitive-behavioral strategies, talking to trusted adult) to help manage her feelings of sadness and irritability, in 3 out of 5 opportunities presented as measured by observation and/or data collection.

**Short-Term Objective:** During counseling sessions, Caroline will identify and utilize at least 2 coping strategies (e.g., cognitive-behavioral strategies, talking to trusted adult) to help manage her feelings of sadness and irritability, in 4 out of 5 opportunities presented as measured by observation and/or data collection.

**Progress Report 1:**
**Summary of Progress:**
**Comment:**

**Progress Report 2:**
**Summary of Progress:**
**Comment:**

**Progress Report 3:**
**Summary of Progress:**
**Comment:**

**Annual Review  Date:**
**Goal met** ☐ Yes ☐ No
**Comments:**

**Hearing Date:** _12/18/2020_ ☑Pass ☐Fail ☐ Other
**Vision Date:** _12/18/2020_ ☑Pass ☐Fail ☑ Other  _Noted Caroline to be squinting during the distance vision screening. Informed mom and advised her to have Caroline further evaluated._

**Preacademic/Academic/Functional Skills**
_Current Grades 1/21/2021:_
_Spanish 3- A_
_English-A_
_Geometry-B-_
_Chemistry-A-_
_World History-No grade posted_
_Volleyball-A+_

**Communication Development**
_Not an area of concern_

**Gross/Fine Motor Development**
_Not an area of concern_

**Social Emotional/Behavioral**
_Caroline was referred for an ERMHS assessment by her IEP team following her discharge from hospitalization due to a suicide attempt. Based on interviews with student, parents, teachers, and a review of her current social-emotional assessment, Caroline demonstrates the following areas of need that have impacted her social-emotional and academic functioning:_
• _Symptoms of unhappiness and depression_
• _Environmental stressors_
_Caroline is polite, respectful, enjoys spending time with her friends, and playing on the school volleyball team. She has a strong desire for independence and has good academic standing. She would like to attend college and has explored areas of career interest. Her mother reports that she is naturally talented, mature, and a hard-worker._

**Vocational**
_Refer to transition plan_

**Adaptive/Daily Living Skills**
_Not an area of concern_

**Health**
_Medical Conditions (past and present health problems): As of 12/18/2020_
_Chest pain: At the beginning of the year, Caroline started to get chest pain and complained of breathing difficulty. She was evaluated by the cardiologist and had EKG and ultrasound done. All tests came back negative. Currently, Caroline reported of continued chest pain that she experiences about every few months. She reported that it goes away in a few minutes after sitting still and holding onto her chest. Advised mom to report to physician and cardiologist of Caroline's continued experience of chest pain._
_Constipation: Caroline suffers from constipation since she was little and physician is aware of this._
_Emotional health: Caroline gets sad and cries. She shared with mom that she misses her dad who is currently in prison. Mom wants Caroline to be able to cope with her sadness, be happy, and able to talk to her about her feelings. Mom wants Caroline to get therapy but having issues with finding a therapist that is covered by her insurance. Advised mom to discuss with physician of her difficulty in finding a therapist and for physician to give her recommendations of therapists that are covered by her insurance. She is hoping to for Myriam to get therapy from school too._
_Headaches: Caroline suffers from frequent headaches about every week. Mom has been giving her hot tea and it helps but not fully. Advised mom to report to physician of Caroline's frequent headaches._
_Seizure: Caroline had her first seizure when she was 2-3 years of age and was hospitalized. She had another one after 6 months. The seizures were related to fevers and no report of seizure activity since._
_Allergies: Amoxicillin_
_Medication: Caroline is not taking any medication at this time._
_Specialized Health Care Procedures (specify at school/home): N/A_

**For student to receive educational benefit, goals will be written to address the following areas of need:**



# ✚ Providence

COLOR
SECURE

1100 West Stewart Drive
Orange, CA 92868

714-633-9111

VASQUEZ,ROGER J
237 S FELDNER RD

ORANGE,                CA 92868

**\*\*\* This is an ED Patient: please fill Stat \*\*\***
**Sex** M   **Age** 19
**Birthdate** ⬛/⬛/⬛

---

NAPROXEN 500 MG Tablet                                                                    1
  1 TAB ORAL - Twice Daily
  **Max Daily Dose:**
  **Only as Needed for** PAIN, Moderate to Severe(4-10)   **PRN?** Yes
  **Date Issued** 01/16/2021
  **Diagnosis** S23.8XXA      SPRAIN OF OTHER SPECIFIED PARTS OF THORAX, INITIAL ENCOUNTER

  **Qty** 20 Tablet (TWENTY)

  **Quantity** ☒ 1-24    ☐ 25-49   ☐ 50-74   ☐ 75-100   ☐ 101-150   ☐ 151 and over

---

ORPHENADRINE CITRATE 100 MG Tablet ExtendedRelease                                        2
  100 MG ORAL - Twice Daily
  **Max Daily Dose:**
  **Date Issued** 01/16/2021
  **Diagnosis** S23.8XXA      SPRAIN OF OTHER SPECIFIED PARTS OF THORAX, INITIAL ENCOUNTER

  **Qty** 10 Tablet (TEN)

  **Quantity** ☒ 1-24    ☒ 25-49   ☐ 50-74   ☐ 75-100   ☐ 101-150   ☐ 151 and over

---

**Prescriber's Signature** _Dhaliwal_                    **Date** 1-16-21
**Dhaliwal,Namneet**
  **Lic#** PA13223                          **Spvg Provider:** Shniter,Inna
  **DEA#** MD0714825                         1310 W. Stewart Dr.,#212
  **NPI#** 1194846691                        Orange, CA
**NADEA#**                                   **Phone# 714-543-8911**

_RXM.RX.zcus.su.rx.script.mult_             **IDC-10 Compatible**

St. Joseph Hospital - 1100 West Steward Dr., Orange, CA 92868    ☑ No Refills
Designated Physician: Ervin P. Ruzics, M.D.   DEA#BR1333044   Lic. #: G51676    ☐ Do Not Substitute

60976 (5/20)          ② Date 1-16-2)         Serial # PAA273A20870

SP 51   Prescription is void if the number of drugs prescribed is not noted.    Lot 20-85321   No. 11370



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

## Patient Visit Information

### You were seen today for:

Sprain of chest wall
Motor vehicle accident
Thoracic sprain

### Staff

Your caregivers today were:

Physician      Shniter,Inna
Practitioner   Dhaliwal,Namneet PA

### Patient Instructions Reviewed

AFTERCARE
Back Sprain/Strain
Chest Bruise (Contusion)

received 01/16/21 - 0353

### Activity Restrictions or Additional Instructions

Follow up with your Primary Care Provider in 1-2 days
Return to the Emergency Department if you are unable to see your provider, or if you have
worsening symptoms or any other concerns as we discussed.

### Medication Dose and Instructions

**Naproxen 500 Mg Tablet**
Dose: 1 TAB ORAL Twice Daily as needed for Pain, Moderate to Severe(4-10), Dispense 20 TAB
01/16/21 3:49am Status: PRINTED

**Orphenadrine Citrate 100 Mg Tablet.er**
Dose: 100 MG ORAL Twice Daily, Dispense 10 TAB
01/16/21 3:49am Status: PRINTED

### Follow-up

Please contact the following to make an appointment for follow-up care:

Unknown,Enterprise Physician

Note: Your health care plan may require a referral from your primary care provider prior to



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

making an appointment.



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

## AFTERCARE

* The examination and treatment that you have received the Emergency Department is given as emergency first care only, and not intended to be a substitute for, or an effort to provide complete medical care.  It is impossible to recognize and treat all elements of an injury or illness in a single  Emergency Department Visit.  It is therefore important and mandatory that you seek follow up care from your physician or the one to whom you have been referred at the time of discharge.
* Return to this facility if you are not improving as expected.
* Please take these instructions and any medications you are taking to your follow-up appointment.
* The Emergency Department does not provide "Refills" of medications without being examined again by  the doctor.  Please consult with your follow-up doctor for any changes in you medications or refills.
* You will receive a separate bill for the services rendered by your Emergency Physician.
* All x-rays, EKG's, etc. are reviewed by a Radiologist/Cardiologist.  The interpretation of your x-ray, EKG and other lab is a preliminary reading only.  Please contact your Doctor or referral source for final interpretation.
* You may be asked to participate in a survey after you return home. Please take time to give us your feedback.
* If you have any questions or concerns, please call the phone number on the last page of these instructions.
* Thank you for choosing this Emergency Department for your emergency care.

***General Health Reminders***
* For your safety, please wear your seat belts.
* Clean hands are the best protection against spreading germs and preventing infection.
* When to clean your hands:
- Whenever your hands are visible dirty
- Before you eat and before touching your mouth, nose or eyes
- Before and after preparing food
- After contact with blood or body fluids, using the restroom, touching animals and pets, or change diapers
* Proper Hand Washing:
- Use soap and plenty of running water if  your hands are visibly soiled
- Wet hands with warm water and work soap into a lather
- Rub your hands vigorously for 15 seconds or longer.  Get in between fingers and scrub wrists
- Rinse your hands with warm running water and pat them dry with a clean towel
- Use a clean paper towel to turn off the water faucet and discard it in a trash can

Call your Primary Care Provider and have someone drive you to the emergency department if you have:
1. Thoughts of hurting yourself or others
2. Worsening symptoms of your psychiatric condition (if applicable)
3. Relapse of alcohol and/or substance abuse (if applicable)
4. Any side effects to medications that don't subside

SUICIDE HOTLINE: (800) 273-8255

 **Providence**

Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

PATIENT PORTAL AND THIRD-PARTY HEALTHCARE APPLICATIONS
A Patient Portal, brought to you by FollowMyHealth, is available to all patients to allow for fast, convenient access to your personal health data. Through the patient portal you can review your test results and latest vital signs, access your procedures, medication list and more.

At your election, Meditech allows you to share your health information maintained in Meditech with external third-party applications (apps). While Meditech contains tools to help you manage the permissions you may grant to such third-party applications to access your health information, the external third-party application may or may not have the safeguards and protections that FollowMyHealth does. We do not endorse or validate any third-party application for use with Meditech.  St. Joseph Health reserves the right to disable any third-party application if needed.

If you have found a third-party application with which you would like to grant access to your health information, please email psjh-ciapiadmin@googlegroups.com for assistance.



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

## Back Sprain or Strain



Injury to the muscles (strain) or ligaments (sprain) around the spine can be troubling. Injury may occur after a sudden forceful twisting or bending such as in a car accident, after a simple awkward movement, or after lifting something heavy with poor body positioning. In any case, muscle spasm is often present and adds to the pain.

Thankfully, most people feel better in 1 to 2 weeks. Most of the rest feel better in 1 to 2 months. Most people can remain active. Unless you had a forceful or traumatic physical injury such as a car accident or fall, X-rays may not be done for the first assessment of a back sprain or strain. If pain continues and doesn't respond to medical treatment, your healthcare provider may then do X-rays and other tests.

## Home care

These guidelines will help you care for your injury at home:

- When in bed, try to find a comfortable position. A firm mattress is best. Try lying flat on your back with pillows under your knees. You can also try lying on your side with your knees



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

bent up toward your chest and a pillow between your knees.
- Don't sit for long periods. Try not to take long car rides or take other trips that have you sitting for a long time. This puts more stress on the lower back than standing or walking.
- During the first 24 to 72 hours after an injury or flare-up, put an ice pack on the painful area for 20 minutes. Then remove it for 20 minutes. Do this for 60 to 90 minutes, or several times a day. This will reduce swelling and pain. Always wrap the ice pack in a thin towel or plastic to protect your skin.
- You can start with ice, then switch to heat. Heat from a hot shower, hot bath, or heating pad reduces pain and works well for muscle spasms. Put heat on the painful area for 20 minutes, then remove for 20 minutes. Do this for 60 to 90 minutes, or several times a day. Don't use a heating pad while sleeping. It can burn the skin.
- You can alternate the ice and heat. Talk with your healthcare provider to find out the best treatment or therapy for your back pain.
- Therapeutic massage can help relax the back muscles without stretching them.
- Be aware of safe lifting methods. Don't lift anything over 15 pounds until all of the pain is gone.

## Medicines

Talk with your healthcare provider before using medicines, especially if you have other health problems or are taking other medicines.

- You may use over-the-counter medicines such as acetaminophen, ibuprofen, or naproxen to control pain, unless another pain medicine was prescribed. Talk with your healthcare provider before taking any medicines if you have a chronic condition such as diabetes, liver or kidney disease, stomach ulcers, or digestive bleeding, or are taking blood-thinner medicines.
- Be careful if you are given prescription medicines, opioids, or medicine for muscle spasm. They can cause drowsiness, and affect your coordination, reflexes, and judgment. Don't drive or operate heavy machinery when taking these types of medicines. Only take pain medicine as prescribed by your healthcare provider.

## Follow-up care

Follow up with your healthcare provider, or as advised. You may need physical therapy or more tests if your symptoms get worse.

If you had X-rays, your healthcare provider may be checking for any broken bones, breaks, or fractures. Bruises and sprains can sometimes hurt as much as a fracture. These injuries can take time to heal fully. If your symptoms don't get better or they get worse, talk with your healthcare provider. You may need a repeat X-ray or other tests.

## Call 911

Call 911 if any of the following occur:

- Trouble breathing
- Confused
- Very drowsy or trouble awakening
- Fainting or loss of consciousness



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

- Rapid or very slow heart rate
- Loss of bowel or bladder control

## When to seek medical advice

Call your healthcare provider right away if any of the following occur:

- Pain gets worse or spreads to your arms or legs
- Weakness or numbness in one or both arms or legs
- Numbness in the groin or genital area

**StayWell last reviewed this educational content on** 11/1/2019

© 2000-2020 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

# Chest Bruise (Contusion)



The chest wall runs from the shoulders to the diaphragm or bottom of the ribs. It includes the front and back of the rib cage. It also includes the breastbone, shoulders, and collarbones. A blunt trauma such as during a car accident or fall can injure the chest wall. This injury is called a chest wall bruise (contusion).

Injury to the chest wall may result in pain, tenderness, bruising, and swelling. It may also result in broken ribs and injured muscles. These cause pain, often during breathing. If one or more ribs are broken in several areas, the chest wall may become unstable and painful. This may cause serious breathing trouble.

In the emergency room or urgent care center, any broken bones or other injuries will be assessed. You will likely be given medicine for pain. Broken ribs usually heal without further treatment. A broken shoulder or collarbone may be taped or supported with a sling.

## Home care

Follow these guidelines when caring for yourself at home:

- Rest. Don't do any heavy lifting or strenuous activity. Don't do any activity that causes pain.
- Put an ice pack on the injured area. Do this for 20 minutes every 1 to 2 hours the first day. You can make an ice pack by wrapping a plastic bag of ice cubes in a thin towel. Continue to use the ice pack 3 to 4 times a day for the next 2 days. Then use the ice pack as needed to ease pain and swelling.
- After 1 to 2 days you may put a warm compress on the area. Do this for 10 minutes several times a day. A warm compress is a clean cloth that's damp with warm water.
- Hold a pillow to the affected area when you cough. This will help ease pain.
- You may use over-the-counter pain medicine such as acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding.

## Follow-up care

Follow up with your healthcare provider, or as advised.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- New abdominal pain or abdominal pain that gets worse
- Fever of 100.4ºF (38ºC) or higher, or as directed by your healthcare provider

## Call 911

Call 911 if any of these occur:

- Dizziness, weakness, or fainting
- Shortness of breath, trouble breathing, or breathing fast
- Chest pain gets worse when you breathe
- Severe pain that comes on suddenly or lasts more than an hour

**StayWell last reviewed this educational content on** 11/1/2019

© 2000-2020 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.



Patient: VASQUEZ,ROGER J
Account Num: AA0099462876
Med Rec Num: MM02548206
Location: SJO Emergency
Physician: Shniter,Inna
Date: 01/16/21

**St Joseph Hospital**

1100 West Stewart Drive
Orange, Ca  92868
(714)771-8000  Main Hospital
(714)771-8113  Emergency Department

 **Medical**

# Provider Orders

| Date | Time | Order: |
|------|------|--------|
| 07/15/19 | 1530 | X-ray L spine |
| | | Thyroid panel with TSH, HgbA1c, CBC, PSA, CMP in 1 week |
| | | EC Aspirin 81mg 1 tab by mouth once daily for 180 days |
| | | |
| | | NB S. Robles, LVN          Burnett Rucker, MD |
| | | Medical Director |
| | | DEA# FR0247824 |
| | | Taft Correctional Institution |

***Signature and title must be included with each entry***

*Must include the type of order received*

Patient Name:

VASQUEZ, ROGELIO
08-31-1974          76211-112
TCI

NKDA

Revised July 2017 / mb   HS-036

BP- A0889                    Preventive Health Risk Assessment Tool – Males          *Updated April 2013*

U.S. DEPARTMENT OF JUSTICE                                                      FEDERAL BUREAU OF PRISONS

The Preventive Health Risk Assessment Tool is utilized to systematically determine recommended preventive health services for sentenced BOP inmates. It is designed to be administered at the Baseline Prevention Visit. The necessary health information can be obtained either by inmate interview and/or by medical record review.
☑ The inmate has been advised of the preventive health measures that are provided by the BOP, as well as his responsibility for seeking these services.

| Cancer and Chronic Diseases Screening | Risk Status and Recommendations | |
|---|---|---|
| **INDICATE (☑) INMATE'S RISK FACTORS:** | **INDICATE (☑) RISK STATUS:** | **RECOMMEND/ORDER (☑):** |
| **Colon Cancer** | | |
| ☐ History of polyps at prior colonoscopy<br>☐ History of colorectal cancer<br>☐ Family history of colon cancer or adenomas<br>☐ Known or suspected: Familial adenomatous polyposis and hereditary non-polyposis<br>☐ Inflammatory bowel disease | ☐ None checked = Average Risk. Fecal occult blood tests annually, ages 50-75.<br>☐ Any checked = Increased Risk. Begin screening for colonoscopy per BOP Clinical Practice Guidelines (CPG). | ☐ Fecal occult blood test x3<br><br>☐ Colonoscopy |
| **Lipid Disorders** | | |
| ☐ Diabetes<br>☐ Existing cardiovascular disease<br>☐ First-degree relative with CVD (male before age 50)<br>☐ Tobacco use and hypertension | ☐ Any high-risk factors checked: Begin screening at age 20.<br>☐ None checked = Average Risk for Men. Begin screening at age 35<br>★ Current chol, TG, HDL, LDL *pending* | ☐ Fasting lipoprotein analysis: Annually<br>☐ Total chol, TG, HDL, LDL at least every 5 years<br>→ Refer to BOP CPG. |
| **Diabetes** | | |
| ☐ Blood pressure >135/80 (treated/untreated)<br>☐ Otherwise clinically indicated | ☐ At risk: The BOP recommends use of serum glucose testing or A1C for initial screening and diagnosis.<br>★ Current glucose, A1C:_____ | ☐ Fasting serum glucose and hemoglobin A1C every 3 years |
| **Aspirin for CHD** | | |
| ☑ Men ages 45–79: Calculate CHD risk every 5 years using risk calculator:<br>http://www.mcw.edu/calculators/CoronaryHeartDiseaseRisk.htm<br>Check(☑) if risk exceeds average 10-Year CHD Risk for men: Age 45-59 ≥4%; Age 60-69 ≥9%; Age 70-79 ≥12% | ☑ At risk: If risk of adverse cardiovascular event > risk of GI bleeding, recommend inmate take aspirin 81 mg daily.<br>→ For patients with diabetes, see the BOP *Management of Diabetes* CPG. | ☑ ASA 81mg daily |
| **Hypertension** | | |
| ☑ Under age 50   ☐ Age 50 and over<br>☐ Borderline BP elevations (>120-139/80-90) | ☑ If age <50, measure BP.<br>☐ If age ≥50 / borderline BP, measure BP. | ☑ At least every 3 years<br>☐ At least annually |
| **Hearing** | | |
| ☐ Age 65 and older<br>☐ Occupational risk | ☐ At risk: Perform audiogram and may consider safety equipment. | ☐ Annual audiogram<br>☐ Recommend safety equip. |
| **Abdominal Aortic Aneurysm (AAA)** | | |
| ☐ At risk: Men, ages 65–75, who have a history of smoking | ☐ At risk: Screen for AAA with abdominal ultrasonography. | ☐ Abdominal ultrasonography<br>☐ Consider surgical repair if indicated (≥ 5.5 cm) |
| **Oral Cancer** | | |
| ☑ Risk factors: >55 years of age; history of HPV, sun exposure, and alcohol/tobacco abuse | ☑ At risk: Screen for oral cancer. | ☑ Ongoing |
| **Substance Abuse** | | |
| ☑ Assess at intake: Substance abuse history? Need for detoxification | ☐ At risk: Provide counseling and referral to BOP substance abuse and smoking cessation programs, as indicated. | ☐ Refer for substance abuse counseling and treatment<br>☐ Refer for smoking cessation counseling |

VASQUEZ, ROGELIO
08-31-1974          76211-112
TCI

Comments:

Burnett Rucker, MD
Medical Director
DEA# FR0247824
Taft Correctional Institution

Ordering Clinician Signature:
Date: 7/15/19

Page 1 of 2

**BP- A0889**      Preventive Health Risk Assessment Tool – Males      *Updated April 2013*

U.S. DEPARTMENT OF JUSTICE                                              FEDERAL BUREAU OF PRISONS

### II. Bloodborne Pathogen Screening and Immunizations

| Circle Y (yes) for conditions that apply. Circle N (no) for those that do not apply. Order screening test or immunization for all "Y" items. | | SCREENING | | | | IMMUNIZATION/ORDER | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |

**MMR**

| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y N | Born in the United States *after 1956*, with history of previous MMR vaccine. | Yes | | | | | | Age>50 or risk factors: 1 dose | | | | 1 dose |
| Y N | Incomplete or unknown MMR history. And/or born outside U.S. | Yes | | | | | | Age>50 or risk factors: 1 dose | | | | 2 doses |

**Tetanus**

| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y N | Tdap given previously, but no dose indicated. (*Continue with Td booster every 10 years.*) | Yes | | | | | 1 dose | Age>50 or risk factors: 1 dose | | | | |
| Y N | Last tetanus shot > 10 years. (*Give Tdap as initial dose and then repeat with Td booster every 10 years.*) | | | | | 1 dose | | Age>50 or risk factors: 1 dose | | | | |
| Y N | Incomplete/unknown history. (*Give 3-dose series: 1 dose Tdap & then two doses Td to complete series.*) | Yes | | | | 1st dose | 2nd and 3rd doses | Age>50 or risk factors: 1 dose | | | | |

**HIV**

| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y N | Illegal injection drugs, unprotected sex w/ multiple partners, men having sex w/ men, sex w/HIV+, hx of STDs, active TB, from W. Africa, hemophiliac, received blood products 1977–85. | Yes | Yes | Yes | Yes | | | Age>50 or risk factors: 1 dose | | 2-dose series, if not immune (if HIV+) | 3-dose series, if not immune (if HIV+) | |

**Hepatitis A & B**

| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y N | Has diabetes age <60, injected legal drugs, received tattoos/body piercing in jail, HIV +, HCV+, recent hx STD, I/M workers at risk, ESRD, post-exposure prophylaxis. | Yes | Yes | Yes | Yes | | | Age>50 or risk factors: 1 dose | | 2-dose series, if not immune | 3-dose series, if not immune | |

**Pneumonia**

| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y N | Age ≥65, lung disease, asthma, CVD, immunocompromised, diabetes, liver disease, renal failure, Asplenia, ETOH hx, long-term care. May repeat Q 5 years. | Yes | | | | | | Age>50 or risk factors: 1 dose | 1-dose; repeat in 5 years if risk factors | | | |

**Hepatitis C**

| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y N | Injected illegal drugs, tattoos or body piercings while in jail, HIV+, HBV+, blood transfusion <1992, and hemodialysis. | Yes | Yes | Yes | Yes | | | Age>50 or risk factors: 1 dose | | 2-dose series if not immune | 3-dose series if not immune | |

**Tuberculosis**

| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y N | Tuberculin skin test (A). | Yes | | | | | | Age>50 or risk factors: 1 dose | | | | |

| Patient Information | CHECK BELOW TO INDICATE IF SCREENING/IMMUNIZATION IS INDICATED. ORDER IF CHECKED AT LEAST ONCE ABOVE. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HIV | Hep A | Hep B | Hep C | Tdap | Td | Influenza | Pneu | Hep A | Hep B | MMR |
| Inmate Name: | | | | | | | | | | | | |
| Reg. No.: | | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ |
| DOB: | Date: 7/3/19 | | | | | | | | | | | |
| | Ordering Clinician Signature: | | | | | | | | | | | |

Burnell Brucker, MD
Medical Director
BEAM FP0047924
Taft Correctional Institution

VASQUEZ, ROGELIO        76211-112        Page 2 of 2
08-31-1974
TCI









This envelope is made from post-consumer waste. Please recycle - again.



**PRIORITY** ®

★ MAIL ★

FROM: Rogelio Vasquez
7641-113
RCDC 135
P.O. Box 1540
Pecos Tx 79772

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9022 0078 9073 4153 16

P S 0 0 0 0 1 0 3 6 0 1 4

Label 400  Jan. 2013
7690-16-000-7848

EP14W Sept 2014
OD: 12.5 x 9.5

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE.



UNITED STATES
POSTAL SERVICE

PRESS FIRMLY TO SEAL

U.S. POSTAGE » PITNE

ZIP 79772
02 4W
0000369332 MAR 3

$ 007



PS00001036014

EP14W Sept 2014
OD: 12.5 x 9.5

# PRIORITY
★ MAIL ★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™



UNITED S
POSTAL SE

Roselio Vasquez
Reg No. 76211-112
C.I. Reeves I/II
PO Box 1560
Pecos, TX 79772



United States District Court
Central District of California
OFFICE OF THE CLERK
255 East Temple St. Room #180
Los Angeles, CA 90012