UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.  8:18-CR-00085-JLS-1Date:  April 15, 2021

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter    NONE

| Melissa Kunig | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Rogelio Vasquez | NOT | | | N/A | | | |

**Proceedings: (In Chambers)**   **ORDER DIRECTING GOVERNMENT TO RE-SERVE DEFENDANT DOCUMENTS RELATED TO DEFENDANT'S COMPASSIONATE RELEASE MOTION**

Defendant's most recent filing suggests he has not received the Government's Opposition to his Motion for Compassionate Release or the multiple other documents the Government has filed in response to Defendant's Motion.  (*See* Doc. 95 (citing case law related to a party's failure to file an opposition brief).)

Accordingly, within three (3) days of this Order, the government is directed to (1) apprise the Court as to whether it properly served Defendant with its filings, and (2) serve or re-serve on Defendant by first-class mail all of its filings related to Defendant's Motion, together with the Court's orders issued after December 28, 2020, and (3) file proof of service.

The Court has not yet ruled on Defendant's Motion.  Defendant shall have up to twenty-one days after the Government's filing of the proof of service to file his Reply brief.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  mku

**CRIMINAL MINUTES – GENERAL**1