```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  CHRISTOPHER D. GRIGG
    Assistant United States Attorney
 3  Chief, National Security Division
    LISA E. FELDMAN (Cal. Bar No. 130019)
 4  Assistant United States Attorney
    Cyber & Intellectual Property Crimes Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-0633
 7       Facsimile:  (213) 894-0141
         E-mail:     Lisa.feldman@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                        UNITED STATES DISTRICT COURT

                     FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SACR No. 18-0085-JLS |
|---|---|
| Plaintiff, | DECLARATION OF LISA E. FELDMAN PURSUANT TO COURT ORDER OF APRIL 15, 2021 |
| v. | |
| ROGELIO VASQUEZ, | |
| Defendant. | |

    The United States of America, by and through its counsel of record, Assistant United States Attorney Lisa E. Feldman, hereby

//
//
//
//
//
//
//
//
//

submits the Declaration of Lisa E. Feldman in response to the Court's order filed on April 15, 2021 in the above-referenced case.

Dated: April 16, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division


      /s/ [*Lisa E. Feldman*]
LISA E. FELDMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF LISA E. FELDMAN**

I, Lisa E. Feldman, hereby declare and state:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I was the trial AUSA in <u>United States v. Rogelio Vasquez</u>, SACR 18-00085-JLS, and I represent the government in responding to defendant's Motion to Reduce Sentence Pursuant to First Step Act and for Compassionate Release ("Motion for Compassionate Release").

2. On April 16, 2021, the Court issued an order referencing defendant's recent motion for default stating that he had not received the government's response to his Motion for Compassionate Release and related pleadings, and ordering the government to: (1) apprise the Court as to whether it properly served defendant with its filings, (2) serve or re-serve the defendant by U.S. Mail with all of its filings related to defendant's Motion for Compassionate Release, together with the Court's Orders issued after December 28, 2020, and (3) to file a proof of service.

3. After researching this matter, including reviewing the case file, I have discovered that (with the exception of the pleadings relating to the sealed victim impact letter, which were served) and due to my oversight, copies of the government's filings relating to defendant's Motion for Compassionate Release were inadvertently not served on the defendant. I take sole responsibility for this error and I profusely apologize to both defendant and the Court. I also assure the Court that this will not happen again.

4. To rectify this as soon as possible, the government is serving defendant today, via U.S. Mail, with conformed copies,

including the PACER docketing information, of all documents filed by the government and the Court in connection with defendant's Motion for Compassionate Release; for the sealed pleadings, in lieu of PACER docketing information, the copies contain the Court's file stamp and its "Under Seal" stamp.  These documents have already been placed in a U.S. Mailbox addressed to defendant and the government will file a Proof of Service shortly as required by the Court's Order.

    5.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: April 16, 2021

/s/ [*Lisa E. Feldman*]

LISA E. FELDMAN

2

**CERTIFICATE OF SERVICE**

I, **Elizabeth Godinez-Gomez,** declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:
**DECLARATION OF LISA E. FELDMAN PURSUANT TO COURT ORDER OF APRIL 15, 2021**

☐ Placed in a closed envelope for collection and **inter-office delivery**, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via **United States mail**, addressed as follows:

> Rogelio Vasquez
> # 76211-112
> C.I. Reeves  I/II
> PO Box 1560
> Pecos, TX  79772

☐ By **hand delivery**, addressed as follows:

☐ By **facsimile**, as follows:

☐ By **messenger**, as follows:

☐ By **E-mail**, as follows:

This Certificate is executed on April 16, 2021 at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

/s/
Elizabeth Godinez-Gomez