Case: 8:18cr85   Doc: 105

Rogelio Vasquez REG76211-112
FCI BERLIN
Inmate Mail/Parcels
PO Box 9000
BERLIN, NH 03570

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<32991976@cacd.uscourts.gov>Subject:Activity in Case 8:18-cr-00085-JLS USA v. Vasquez Notice of Appeal to USCA - Final Judgment Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/19/2021 at 4:42 PM PST and filed on 11/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Vasquez |
| **Case Number:** | 8:18-cr-00085-JLS |
| **Filer:** | Dft No. 1 - Rogelio Vasquez |
| **Document Number:** | 105 |

**Docket Text:**
NOTICE OF APPEAL to Appellate Court filed by Defendant Rogelio Vasquez re Order on Motion to Reduce Sentence pursuant to Compassionate Release, [104]. Filed on: 10/18/21; Entered on: 10/19/21; CJA Appointed. (mat)

**8:18-cr-00085-JLS-1 Notice has been electronically mailed to:**
Katherine T. Corrigan    kate@cwsdefense.com, meredith@cwsdefense.com
Lisa Eve Feldman    lisa.feldman@usdoj.gov, rachel.sanchez@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, amy.bondi@usdoj.gov
Steven R Welk    usacac.civil@usdoj.gov
**8:18-cr-00085-JLS-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Rogelio Vasquez
REG 76211-112
FCI BERLIN
Inmate Mail/Parcels
PO Box 9000
BERLIN NH 03570
US

Rogelio Vasquez
Register No. 76211-112
M.D.C. Brooklyn
P.O. Box 329002
Brooklyn, New York 11232



FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

v.

ROGELIO VASQUEZ,

         Defendant.
_____/

CASE NO. 8:18-CR-0085-JLS

NOTICE OF APPEAL

    NOTICE OF APPEAL is hereby given in the United States Court of Appeals for the Ninth Circuit from an order of the U.S. District Court for Central District of California (Staton, J.), dated October 18, 2021, denying Defendant's motion to modify his sentence pursuant to 18 U.S.C. 3582(c)(1)(A).

Dated: Brooklyn, New York
       October 28, 2021

                                    Respectfully submitted,

                                    *Rogelio Vasquez*

                                    ROGELIO VASQUEZ
                                    REGISTER NO. 76211-112
                                    F.C.I. VICTORVILLE II
                                    P.O. BOX 3850
                                    VICTORVILLE, CA 92301

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

JLS

RTS

NIXIE    326    7E 1      7212/12/2.
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299        2247N3461 83-01973

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 21 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
DEC 20 2021
CENTRAL DISTRICT OF CALIFORNIA
BY    MLM    DEPUTY

CLERK, U.S. DISTRICT COURT
DEC 20 2021
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY